UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, an individual, | ) | 2:09-CR-00060-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| SANTIAGO RODRIGUEZ-APARICIO, | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendant Santiago Rodriguez-Aparicio's Motion to Suppress (Doc. #18) filed May 21, 2009.  On August 24, 2009, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #32) recommending that Defendant's Motion to Suppress (Doc. #18) be denied.

On September 8, 2009, Defendant filed an objection to Magistrate Judge Leen's Report and Recommendation (Doc. #33).  Plaintiff United States of America filed a Response on September 17, 2009 (Doc. #34).

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Defendant's Objections (Doc. #33) are Overruled and Magistrate Judge Leen's Findings and Recommendations (Doc. #32) are Affirmed and Defendant's Motion to Suppress (Doc. #18) is DENIED.

DATED:  September 21, 2009.

_____
PHILIP M. PRO
United States District Judge