**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:09-CR-60-PMP-LRL |
| SANTIAGO HUMBURTO RODRIGUEZ-APARICIO, | ) | |
| Defendant. | ) | **ORDER** |

IT IS HEREBY ORDERED that Gabriel Grasso, Esq. is APPOINTED as counsel for Santiago Humburto Rodriguez-Aparicio in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Grasso forthwith.

DATED this 30th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE