UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>        Plaintiff,<br><br>vs.<br><br>Rodriguez-Aparicio<br><br>        Defendant. | District No.   2:09-CR-0060-PMP-PAL |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

On March 22nd, 2011 this court received a transcript order form dated March 10th, 2011 requesting a Transcript of the Motion Hearing held on August 30th, 2010 from Mr. Beau Sterling, Counsel for Mr. Rodriguez-Aparicio, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ____ day of March, 2011.

_____
Philip M. Pro
United States District Judge