UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>            Plaintiff,<br><br>vs.<br><br>Rodriguez-Aparicio<br><br>            Defendant. | District No.    2:09-CR-0060-PMP-PAL |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

On March 22nd, 2011 this court received a transcript order form dated March 10th, 2011 requesting a Transcript of the Status Hearing held on July 28th, 2010 from Mr. Beau Sterling, Counsel for Mr. Rodriguez-Aparicio, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 22 day of March, 2011.

_____
Philip M. Pro
United States Judge